COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| MGA INSURANCE COMPANY, INC. | | No. 08-16-00192-CV |
| D/B/A GAINSCO AUTO INSURANCE | § | |
| AND/OR GAINSCO AUTO | | Appeal from |
| INSURANCE AGENCY, INC., | § | |
| | | 353rd District Court |
| Appellant, | § | |
| | | of Travis County, Texas |
| v. | § | |
| | | (TC # D-1-GN-16-002546) |
| SAMLA JIFT VELASQUEZ-RAMIREZ, | § | |
| | | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss and concludes the

motion should be granted and the appeal should be dismissed, in accordance with the opinion of

this Court. We therefore dismiss the appeal. We further order costs be assessed against the party

incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating